# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MERIAM FAROK,                                           Civil No.  04-2660 (RHK/AJB)

        Plaintiff,

                                            **O R D E R**

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

        Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Arthur J. Boylan dated April 15, 2005, all the files and

records, and no objections having been filed to said Recommendation,

        **IT IS HEREBY ORDERED** that:

    1.  The Report and Recommendation (Doc. No. 24) is **ADOPTED**;

    2.  Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**; and

    3.  Defendant's Motion for Summary Judgment (Docket No. 21) is **GRANTED**.

Dated:  May 9, 2005

                                    s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge